# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0327.  ROCHEL PARKER et al. v. H. ANDREW LEEUWENBURG et al.**

Applicants Rochel Parker and Ken Parker have filed a motion to voluntarily dismiss this application for discretionary appeal, stating that the parties have reached a settlement.  The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/06/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*